# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DOROTHY MITCHELL, | Case No. 3:18-cv-00228 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| CALIFORNIA CASUALTY GENERAL INSURANCE COMPANY OF OREGON, *et al.*, | **DECISION AND ENTRY** |
| Defendants. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on December 17, 2019 (Doc. #18) is ADOPTED in full;

2. Defendant California Casualty General Insurance Company of Oregon's Motion for Judgment on the Pleadings as to Plaintiff's Third Cause of Action—Unjust Enrichment (Doc. #14) is GRANTED; and

3. Plaintiff's third cause of action—unjust enrichment—is dismissed.

January 22, 2020  \*s/Thomas M. Rose

　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　United States District Judge